IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06CR3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| REUBEN J. REYES, | ) | |
| | ) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1) Reuben Reyes' motion, filing 40, to release the appearance and compliance bond, is granted.

(2) The Clerk of the District Court shall pay the $100 special assessment for the above captioned case first from the compliance bond and then return the remaining $900 cash bond to Rachel Rodriguez, 2220 "D" St., Lincoln, NE, 68502, as she is the person who posted the bond.

(3) The Clerk of the District Court shall mail a copy of this order to Reuben Reyes.

DATED this 19th day of July, 2007.

BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge