IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3165 |
| ) | |
| REUBEN J. REYES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on defendant's motion to review detention and request for hearing (filing 52). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant shall be released on Thursday, January 15, 2009, no later than 9:00 a.m. from the custody of the United States Marshal to a member of the Federal Public Defender's office for transportation directly to the Williams Prepared Place. Defendant shall reside at the Williams Prepared Place and follow all rules of said program.

2) The U.S. Marshal's office shall release the Defendant with a 30 day supply of all medication currently being taken.

3) Defendant shall immediately report to the United States Probation Office in Omaha, NE, upon his successful or unsuccessful discharge from the Williams Prepared Place program.

4) All other conditions of defendant's supervised release, not inconsistent with this Order, shall remain in force and effect.

DATED this 14th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge